IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01377-MSK-KMT

COLLEEN RODGERS,

       Plaintiff,

v.

WALMART, INC.,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal with Prejudice of Claims by Plaintiff Against Defendant (Motion) **(#15)** filed January 29, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted between the parties in this action are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 29th day of January, 2013.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        Chief United States District Judge